UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No:   2:14–cv–02693–BRO–JEM              Date:   10/21/2014
Title:   DAVID COLLUPY V. PACIFIC COAST FOOD

Present: The Honorable  Beverly Reid O'Connell , U. S. District Judge

Deputy Clerk:   Renee Fisher
Court Reporter:   N/A

  Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:
    None Appearing       None Appearing

Proceedings: **(In Chambers) Discharge of Order to Show Cause Why Court Should Not Dismiss Action for Lack of Prosecution**

 On 9/30/2014, the court issued an Order to Show Cause why it should not dismiss this action for lack of prosecution. Plaintiff has filed a response to the Order to Show Cause re Lack of Prosecution on 10/20/2014.

 The court deems that response satisfactory, and orders the Order to Show Cause discharged.

Initials of Deputy Clerk:  rfi